FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeffery H. Hunlock          Case Number: 2:98CR06018-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 08/19/1999          Type of Supervision: Supervised Release
Revocations 10/10/2003 and 05/04/2005

Original Offense: Felon in Possession of a          Date Supervision Began: 11/10/2005
Firearm and Ammunition, 18 U.S.C. § 922 (g)(1)

Original Sentence: Prison - 36 months;          Date Supervision Expire: 11/09/2006
                  TSR - 36 months
Revocation: 5 months; TSR - 31 months
Revocation: 7 months; TSR - 12 months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall reside in a community corrections center for a period of up to 90 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. *In addition, you are to abstain from the use and/or possession of any alcohol while at this facility.* You shall remain at the facility until discharged by the Court.

### CAUSE

Upon Mr. Hunlock's release from imprisonment he resided at a low income, clean and sober housing program called Christmas House located in Spokane, Washington. The director of Christmas House indicates the rules of this facility prohibit alcohol or substance use. Within the first 24 hours of Mr. Hunlock's residency at this facility, he consumed alcohol. Mr. Hunlock was then warned by the director to cease the use of alcohol, or otherwise face eviction. Mr. Hunlock was evicted on/or about December 26, 2005, due to his continued use of alcohol.

Mr. Hunlock has agreed to the above modification based on this recent eviction. Mr. Hunlock has been warned that any use of alcohol while at the community corrections center will likely result in his termination from this program.

As indicated in the last revocation hearing, Mr. Hunlock was directed by the Court to secure full-time employment. At this time, Mr. Hunlock has not found full-time employment, but reports he will be able to secure housing after he is admitted into the community corrections center.

Mr. Hunlock has also been seen operating a motor vehicle by the staff at Christmas House. Additionally, the probation office was contacted by the owner of this motor vehicle who reported that she will no longer allow Mr. Hunlock to drive her car. Mr. Hunlock denies use of this vehicle. The probation office has directed Mr. Hunlock not to drive this vehicle or any other vehicle based on our concerns regarding his consumption of alcohol and the fact that he does not possess a valid driver's license at this time.

The probation office does not believe Mr. Hunlock is ready to make the necessary life changes without drugs or alcohol. Mr. Hunlock attributes his present use of alcohol to the break up of his relationship with the mother of his daughter.

Mr. Hunlock has had the opportunity to engage in both inpatient and outpatient treatment programs while on both pretrial and post conviction supervision. There is not a special condition authorizing treatment based on the number of opportunities already presented to this defendant to engage in treatment. Mr. Hunlock agrees that he has been afforded all the necessary treatment opportunities to possess the necessary skills to abstain from drugs and alcohol. At this point, it is entirely up to Mr. Hunlock to choose to access those skills necessary in remaining clean and sober.

Mr. Hunlock has been warned that with his next violation he will be facing his third revocation. If further problems or violations occur, the probation office will inform the Court.

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: December 29, 2005

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

1/10/06
Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16    You shall reside in a community corrections center for a period of up to 90 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. *In addition, you are to abstain from the use and/or possession of any alcohol while at the this facility.* You shall remain at the facility until discharged by the Court.

Witness: _____
Missy K. Kolbe
U.S. Probation Officer

Signed: _____
Jeffery H Hunlock
Probationer or Supervised Releasee

December 28, 2005
Date